# CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**Manuel De Jesus Ochoa-Vasquez**; DOB: 1983; Mexican Citizen<br>**Carlos Barron-Arredondo**; DOB: 1974; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>21-07295MJ |
|---|---|

| Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

**COUNT 1 (Felony)** From a date unknown to June 10, 2021, in the District of Arizona, **Manuel De Jesus Ochoa-Vasquez** and **Carlos Barron-Arredondo**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport and/or harbor certain illegal aliens, including Marino Genaro Bravo Cinto, Francisco Uriel Torres Ramirez, Nehemias Joel Yat Mejia, Audeli Masariegos Lopez, Mairon Alanin Sanchez Martinez, and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

**COUNT 2 (Felony)** On or about June 10, 2021, in the District of Arizona, **Manuel De Jesus Ochoa-Vasquez** and **Carlos Barron-Arredondo**, knowing or in reckless disregard that certain aliens, including Israel Marino Diaz de Leon, Marino Genaro Bravo Cinto, Francisco Uriel Torres Ramirez, Nehemias Joel Yat Mejia, Audeli Masariegos Lopez, Mairon Alanin Sanchez Martinez, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, or shield said aliens within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On June 10, 2021, Homeland Security Investigations (HSI) executed a search warrant at 11735 N. 19th Ave. #B66, Phoenix, Arizona, a mobile home in the Hi-View Mobile Home Park. The search warrant was conducted in connection with an investigation already indicted in the Tucson Division of Arizona District Court under CR 21-01042. **Carlos Barron-Arredondo** was located inside the mobile home, and he was arrested pursuant to a warrant issued under CR 21-01042. In his room, agents found several firearms along with ammunition and cash. Also present in the mobile home, agents found 54 aliens, including: Marino Genaro Bravo Cinto, Francisco Uriel Torres Ramirez, Nehemias Joel Yat Mejia, Audeli Masariegos Lopez, Mairon Alanin Sanchez Martinez. HSI determined the 54 aliens were all in the United States without authorization.

**CONTINUED ON THE BACK**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Marino Genaro Bravo Cinto, Francisco Uriel Torres Ramirez, Nehemias Joel Yat Mejia, Audeli Masariegos Lopez, Mairon Alanin Sanchez Martinez

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA: JAA / HNS | SIGNATURE OF COMPLAINANT<br><br>CHAD L LAKOSKY    Digitally signed by CHAD L LAKOSKY Date: 2021.06.11 09:49:53 -07'00'<br>OFFICIAL TITLE<br>Special Agent – Homeland Security Inv. |
|---|---|

| Sworn by telephone  x |  |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacquelinn M. Rateau* | DATE<br>June 11, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

21-07295MJ

**CONTINUED FROM THE FRONT:**

Between September of 2019 and June, 2021, HSI agents conducted extensive surveillance on a mechanic's shop utilized and operated by **Ochoa-Vasquez** and **Barron-Arredondo**, "Carlos Automotive" at 1931 W. Cheryl Drive in Phoenix, Arizona.   Agents observed **Ochoa-Vasquez** and **Barron-Arredondo** transporting, receiving, and sending aliens to and from the mechanic's shop.   Agents observed **Ochoa-Vasquez** and **Barron-Arredondo** personally transporting and delivering aliens to multiple locations in the Phoenix, Arizona area, but primarily to the stash house at 11735 N. 19th Ave #B66.

During this long-term alien smuggling and money laundering investigation, agents observed **Ochoa-Vasquez** and **Barron-Arredondo** routinely coordinating the transportation of aliens to 11735 N. 19th Ave #B66.   They used the mobile home at #B66 as a location to house the aliens until their families or sponsors had paid their smuggling fees and the aliens could be transported to their final destinations.

Agents also executed a search warrant on June 10, 2021, at **Ochoa-Vasquez's** apartment in Phoenix, Arizona, and arrested him pursuant to a warrant issued under CR 21-01042. During the search of **Ochoa-Vasquez's** apartment, agents found ledgers consistent with alien smuggling, phones, binoculars, receipts for transactions taking place at 1931 W. Cheryl Drive, and a large amount of cash presumed to be smuggling proceeds.   The cash has not yet been officially counted but is estimated to be well over $100,000.   **Ochoa-Vasquez** told agents that the large amount of cash located in his residence was money he saved from work to buy a house but could not tell agents how much money he actually had in the home.

The material witnesses were interviewed and stated they or their family members had made arrangements for them to be smuggled into the United States from their home countries (Mexico, Guatemala, or Honduras) in exchange for payment. Francisco Torres Ramirez stated that the smugglers took his phone and socks away so that he would not leave the trailer. Audeli Masariegos Lopez stated that the smugglers told him he had to stay at the trailer because his family had not paid his smuggling fee.